# Exhibit A

| Def. No | Marketplace | Seller Name | Seller ID |
|---|---|---|---|
| 1 | Aliexpress | earlfamily Official Store | 4385068 |
| 2 | Amazon | Bad Fish Custom Decals | AK3KCL8W76NLA |
| 3 | Amazon | Edward & Co | AME3D71VD66BN |
| 4 | Amazon | LLS Smile Shop | A3OKG5PIAJI3E7 |
| 5 | Amazon | StickerBombVinyl | A35LFI1OHMDF7J |
| 6 | Amazon | Sticky Expressions | A38LA9Y8S9GFWF |
| 7 | Amazon | TekExpedition Inc. | A21TL6FT8OBWLD |
| 8 | Amazon | Shedo Technology | ATVPDKIKX0DER |
| 9 | Amazon | Forland | A2N7331XFUSK7Y |
| 10 | eBay | AGDesign Print | AGDesign Print |
| 11 | Redbubble | DesignDreamerr | designdreamerr |
| 12 | Redbubble | DZIWAWA | dziwawa |
| 13 | Redbubble | EverLife | everlife |
| 14 | Redbubble | Graphic Master | kzadro |
| 15 | Temu | Aesthetic Journey | 634418211672917 |
| 16 | Temu | CmyJnnX | 634418216766395 |
| 17 | Temu | DiyCondb | 634418219196219 |
| 18 | Temu | DWAquarius | 634418220403526 |
| 19 | Temu | Good Mens Casual Clothing | 634418219844302 |
| 20 | Temu | HY Luxury menswear | 634418219723809 |
| 21 | Temu | Silkco custom | 634418218435047 |
| 22 | Temu | Style Selections X | 634418216053722 |
| 23 | Temu | TeeMingle | 634418219742516 |
| 24 | Temu | xuqingjiafang | 634418214157351 |
| 25 | Temu | Yuri Style clothing local | 634418215933592 |
| 26 | Wish | cmx0001 | 5fa004968e1e5ff54e66083f |
| 27 | Wish | lyj1989 | 5b9d41f47d0cb61b55ff3bb0 |
| 28 | Wish | Zhoumin0586 | 5ff574b4f9509103084df1ab |
| 29 | Walmart | Little Ant DIY Art Painting | 101654940 |
| 30 | Other | Las Four | Las Four |
| 31 | Other | Shirt Bolle | Shirt Bolle |
| 32 | Other | Monsterry | Monsterry |