# Composite Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-378-002

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
January 10, 2024

## Supplementary Registration

Supplement To: VA0002299676, 2022

### Title

**Title of Work:** Love it or Leave it

### Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 10, 2016
**Nation of 1st Publication:** Thailand

### Author

- **Author:** Brian Michael Allen
  **Author Created:** 2-D artwork
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Brian Michael Allen
481 Millgate Road, Bellefonte, PA, 16823, United States

### Rights and Permissions

**Name:** Brian Michael Allen
**Email:** brian@flylanddesigns.com
**Telephone:** (814)571-6141
**Address:** 481 Millgate Road
Bellefonte, PA 16823 United States

### Certification

Page 1 of 2

|   |   |
|---|---|
| Name: | Lesha Allen, Authorized agent of Brian Allen |
| Date: | November 03, 2023 |

| | |
|---|---|
| Copyright Office notes: | Regarding information on basic registration: Consult basic registration for relevant annotations. |
| Explanation of Corrections: | We are correcting the year of publication, the Date of 1st publication and the nation of 1st publication. |

Work Name: Love it or Leave it!



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-419-621**

**Effective Date of Registration:**
December 23, 2020
**Registration Decision Date:**
February 11, 2021

## Title

**Title of Work:** Foilio 4

Navy Eagle Decal

Purple Heart Eagle and Flag

Love it or Leave it!

Eagle and Guns

Don't Tread on Me snake

snake and rifle

Iceplosion Logo

Marijuana Skulls

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Brian Michael Allen
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Brian Michael Allen
481 Millgate Road, Bellefonte, PA, 16823, United States

## Rights and Permissions

        **Name:** Brian Michael Allen
        **Email:** brian@flylanddesigns.com
    **Telephone:** (814)571-6141
      **Address:** 481 Millgate Road
                    Bellefonte, PA 16823 United States

## Certification

        **Name:** Brian Allen
        **Date:** December 23, 2020

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork in the 2-D work. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Work Name: Snake and Rifle



Work Name: Purple Heart Eagle and Flag



Work Name: Marijuána Skulls



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-381-433**
**Effective Date of Registration:**
November 27, 2023
**Registration Decision Date:**
February 05, 2024

---

## Title

**Title of Work:** Skull and Wings

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 24, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Brian Michael Allen
  **Author Created:** 2-D artwork
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Brian Michael Allen
481 Millgate Road, Bellefonte, PA, 16823, United States

## Rights and Permissions

**Name:** Brian Michael Allen
**Email:** brian@flylanddesigns.com
**Telephone:** (814)571-6141
**Address:** 481 Millgate Road
Bellefonte, PA 16823 United States

## Certification

**Name:** Lesha Allen
**Date:** November 27, 2023

Work Name: Skull and Wings



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-366-264**

Effective Date of Registration:
July 31, 2023
Registration Decision Date:
October 16, 2023

## Title

| | |
|---|---|
| Title of Work: | Navy Eagle Decal |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | November 20, 2016 |
| Nation of 1st Publication: | Thailand |

## Author

| | |
|---|---|
| • Author: | Brian Michael Allen |
| Author Created: | 2-D artwork |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Brian Michael Allen |
| | 481 Millgate Road, Bellefonte, PA, 16823, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Brian Michael Allen |
| Email: | brian@flylanddesigns.com |
| Telephone: | (814)571-6141 |
| Address: | 481 Millgate Road |
| | Bellefonte, PA 16823 United States |

## Certification

| | |
|---|---|
| Name: | Lesha Allen |
| Date: | July 31, 2023 |

Work Name: Navy Eagle Decal

