UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:26-cv-00245

BRIAN MICHAEL ALLEN,

          Plaintiff,

v.

earlfamily Official Store, et. al.,

          Defendants.

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiff, Brian Michael Allen, in the above-captioned action.

On February 12, 2026, I caused to be served the Defendants identified on Exhibit A as numbered 1 to 32[1] by emailing these defendants a copy of the Complaint, Order Setting Hearing on Plaintiff's Motion for Preliminary Injunction [ECF 19], and Motion for Preliminary Injunction in compliance with the Court's Order.

---

[1] Exhibit "A" to the Complaint in this action is sealed pursuant to the Court's Order entered at DE 001-001.

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

The email addresses used for service were produced to the undersigned by the internet marketplaces Aliexpress, Amazon, eBay, Redbubble, Temu, Wish, Walmart and certain stand-alone websites associated with the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 13, 2026                    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Georgia Bar Number: 685078
anthony.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Road NE
Suite 750
Atlanta. GA 30326
470.598.0800 – Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiff Brian Michael Allen*