# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### CASE NO.: 1:26-cv-00245

BRIAN MICHAEL ALLEN,

        Plaintiff,

v.

earlfamily Official Store, et al.,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS LITTLE ANT DIY ART PAINTING AND STICKY EXPRESSIONS

Plaintiff BRIAN MICHAEL ALLEN by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the following Defendants:

    a. Defendant Little Ant DIY Art Painting (Defendant No. 6 on Exhibit "A");

    b. Defendant Sticky Expressions (Defendant No. 29 on Exhibit "A").

Dated: February 26, 2026        Respectfully submitted,

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN
        Georgia Bar Number: 979716
        joel.rothman@sriplaw.com

        **SRIPLAW, P. A.**
        3355 Lenox Road NE
        Suite 750
        Atlanta, GA 30326
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff Brian Michael Allen*