UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:26-cv-00245

BRIAN MICHAEL ALLEN,

        Plaintiff,

v.

earlfamily Official Store, et al.,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EDWARD & CO

Plaintiff BRIAN MICHAEL ALLEN by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the following Defendant Edward & Co (Defendant No. 3 on Exhibit "A").

Dated: March 9, 2026

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brian Michael Allen*